In the Matter of DOMINIC CAPPIELLO, Respondent, v LAURIE CAPPIELLO, Appellant. [913 NYS2d 637]—Appeal from an order of the Family Court, Cattaraugus County (Judith E. Samber, R.), entered November 20, 2009 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted sole legal and physical custody of the parties' children to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.